

# Fourth Court of Appeals
## San Antonio, Texas

July 7, 2014

No. 04-14-00411-CR

**IN RE** Carl **DEATON**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice

On June 20, 2014, relator filed a supplemental petition for writ of mandamus. The court has considered relator's supplemental petition and is of the opinion that relator is not entitled to mandamus relief. Accordingly, the supplemental petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on July 7th, 2014.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of July, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2010CR11883, styled *The State of Texas v. Carl Deaton*, pending in the 379th Judicial District Court, Bexar County, Texas, the Honorable Ron Rangel presiding.